UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 2:16-CV-01383-MCE-AC |
| Plaintiff, | |
| v. | **ORDER** |
| KEYES 1998 FAMILY LIMITED PARTNERSHIP, a California Limited Partnership; NATURWOOD HOME FURNISHINGS INCORPORATED, a California Corporation; and Does 1-10, | |
| Defendants. | |

Pursuant to Fed. Rule Civ. Pro. 41(a)(1)(A)(ii) and the stipulation of the parties, this action is hereby DISMISSED with prejudice, each party to bear their own attorneys' fees and costs.

The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  April 6, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1